UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR534 CDP NAB |
| ) | |
| ERIK GALLEGOS, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #75] filed on January 20, 2012. In support of the Motion Defendant stated:

1. Counsel has recently entered her appearance and obtained the discovery in CD format from previous counsel.

2. The CD discovery contains over 12,000 pages. Counsel has sent it out for duplication with LegalDocs so that copies can be provided to the Defendant.

3. The Defendant is housed in Jennings Jail. Jennings does not have an attorney visitation booth with an electrical outlet so that counsel may show the Defendant the video and audio surveillance discovery. Counsel is currently working with the US Marshals on a solution so that the Defendant can view same.

4. Assistant United States Attorney Tiffany Becker has no objection to the Motion.

Defendant requested that the pretrial motion deadline previously set for January 20, 2012 be continued for two weeks.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #75] is **GRANTED.** Defendant shall have to and including **February 3, 2012** to file any pretrial motions or waiver of motions. The government shall have until **February 10, 2012** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **February 8, 2012** shall be continued until **February 17, 2012 at 10:00 a.m**.

                                                /s/ Nannette A. Baker
                                                NANNETTE A. BAKER
                                                UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of January, 2012.